156 So.2d 58

**Lurry D. LACOUR**

**v.**

**MERCHANTS TRUST & SAVINGS BANK
and Maryland Casualty Company.**

No. 46866.

Sept. 20, 1963.

In re: Merchants Trust & Savings Bank applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 153 So.2d 599.

Writ refused. On facts found by the Court of Appeal there appears no error of law in its judgment.

■

156 So.2d 58

**Walter E. BORNEMANN, Testamentary Executor of the Succession of Mrs. Carla Hellmers, divorced wife of Jack Bornemann**

**v.**

**Mrs. Loretta McKENNA, divorced wife of Ernest V. RICHARDS, Jr.**

No. 46860.

Sept. 20, 1963.

Court of Appeal, Fourth Circuit. 153 So. 2d 456.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.